IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: | KRYSTAL R. JOHNSON, | CASE NO: 4:21-bk-10506 T |
| | Debtor | CHAPTER 13 |

### ORDER APPROVING STIPULATION THAT DEBTOR IS NOT ELIGIBLE FOR DISCHARGE

Before the Court is the Motion to Approve Stipulation Regarding Debtor Ineligibility for Discharge ("Motion") filed by Joyce Bradley Babin, Chapter 13 Standing Trustee, filed in the case of the Debtor, Krystal R. Johnson ("Debtor").  Upon consideration, the Court makes the following findings and ruling:

1. The Debtor filed a chapter 13 case on February 25, 2021.  The Debtor previously was a debtor in a chapter 7 case filed on May 16, 2019, Case No. 4:19-bk-12645.  The Debtor received a discharge on August 20, 2019.

2. The parties have executed a Stipulation Regarding Debtor Ineligibility for Discharge ("Stipulation") in the Debtor's case.

3. Pursuant to 11 U.S.C. § 1328(f)(1), and as provided in the Stipulation, the Debtor is not entitled to a discharge in this case.

4. The Motion is granted.  The Stipulation is approved. The Debtor's chapter 13 case is permitted to proceed to completion, but a discharge should not be issued in this case.

IT IS SO ORDERED.

_____
Honorable Richard D. Taylor
United States Bankruptcy Judge

Date_____April 1, 2021_____

cc: Krystal R. Johnson, Debtor
Jeremy Bueker, Attorney for Debtor
Joyce Bradley Babin, Trustee
US Trustee
All parties per matrix